*148107*

**Law firm ref#: 149527.00009**

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

**PrimeSource Building Products, Inc.,**

Plaintiff(s),

vs.

**Huttig Building Products, Inc., et al.,**

Defendant(s).

**Case No.: 16-cv-11390**

## AFFIDAVIT OF SPECIAL PROCESS SERVER

Michael T. Fahey, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

DEFENDANT TO BE SERVED: **David Fishbein**

I, Served the within named DEFENDANT on December 17, 2016 @ 12:50 PM

INDIVIDUAL SERVICE: By delivering to the within named DEFENDANT a copy of this process personally.

TYPE OF PROCESS: **Summons and Complaint**

ADDRESS WHERE SERVED: **1464 Cavell, Highland Park, IL60035**

The sex, race and approximate age of the defendant or other person with whom the copy of this process was left is as follows:

Sex: **Male** - Skin: **Caucasian** - Hair: **Bald** - Approx. Age: **45-50** - Height: **5ft 09in** - Weight: **170 lbs**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of IL

County of Cook

X [signature]
**Michael T. Fahey, Process Server**
Dated 12/21/16 ATG LegalServe Inc

This instrument was subscribed and sworn to before me on 12-21-16 (date)
By Michael T. Fahey (name/s of person/s)

[signature]
Signature of Notary Public

OFFICIAL SEAL
EDWARD JANISZEWSKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/27/20

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL60603
312.855.0303

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

PrimeSource Building Products, Inc.

CASE NUMBER: 16-cv-11390

V.

ASSIGNED JUDGE: Honorable Jorge L. Alonso

Huttig Building Products, Inc., Kenneth Fishbein, David Fishbein, Mona Zinman, and Robert Furio

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

David Fishbein
1464 Cavel
Highland Park, IL 60035

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard R. Winter
Holland & Knight LLP
131 S. Dearborn St., 30th Fl.
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

December 16, 2016

DATE