**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PRIMESOURCE BUILDING PRODUCTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HUTTIG BUILDING PRODUCTS, INC., )<br>KENNETH FISHBEIN, DAVID FISHBEIN, )<br>MONA ZINMAN, and ROBERT FURIO, )<br>)<br>Defendants. ) | Civil Action No. 16 cv 11390<br><br>Hon. Jorge L. Alonso<br>Magistrate Judge Young B. Kim |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff PrimeSource Building Products, Inc., moves for leave to file Plaintiff's Second Amended Complaint. In support of its motion, Plaintiff states as follows:

1. Plaintiff filed its First Amended Complaint in this matter on January 13, 2017.

2. Since that time, the parties have participated in extensive discovery, including written discovery, exchange of documents, and numerous depositions.

3. Plaintiff requests leave to file its Second Amended Complaint to incorporate the information it has learned through discovery.

4. Justice requires allowing Plaintiff to amend its complaint at this point to incorporate the information it has learned through discovery. FED. R. CIV. P. 15(a)(2) ("The court should freely give leave when justice so requires.")

5. Plaintiff's proposed Second Amended Complaint is attached hereto as **Exhibit 1**, and is filed under seal as some of the allegations are based on information learned through discovery that was marked either Confidential or Attorneys'-Eyes-Only.

**WHEREFORE**, Plaintiff PrimeSource Building Products, Inc. respectfully requests that the Court grant leave to file its Second Amended Complaint and award any further relief as just and necessary

            Respectfully submitted,

            **PRIME SOURCE BUILDING PRODUCTS, INC.**

            By: /s/ Chelsea Ashbrook McCarthy
              One of Its Attorneys

Richard R. Winter
Chelsea A. McCarthy
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Fl.
Chicago, IL 60603
312-263-3600
richard.winter@hklaw.com
chelsea.mccarthy@hklaw.com

Mary Goodrich Nix
Holland & Knight LLP
200 Crescent Court, Ste. 1600
Dallas, TX 75201
214-964-9407
mary.nix@hklaw.com

## **CERTIFICATE OF SERVICE**

     The undersigned attorney certifies that on **June 30, 2017**, the foregoing **Motion for Leave to File Second Amended Complaint** was served via the CM/ECF system on all counsel of record.

                                             s/ Chelsea Ashbrook McCarthy