**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PRIMESOURCE BUILDING PRODUCTS, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 16 cv 11390 |
| HUTTIG BUILDING PRODUCTS, INC., KENNETH FISHBEIN, DAVID FISHBEIN, MONA ZINMAN and ROBERT FURIO, | ) ) ) ) | Judge Jorge L. Alonso Magistrate Judge Young B. Kim |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

This matter before the Court by agreement of the parties, Plaintiff PrimeSource Building Products, Inc., and Defendants, Huttig Building Products, Inc., Kenneth Fishbein, David Fishbein, Mona Zinman, and Robert Furio (the "Parties"), the Parties hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

All of the Parties' respective claims, counterclaims, and defenses in this matter are dismissed with prejudice. The Parties shall bear their own costs and attorneys' fees.

Stipulated by:

| | |
|---|---|
| **PRIMESOURCE BUILDING PRODUCTS, INC.** | **HUTTIG BUILDING PRODUCTS, INC., KENNETH FISHBEIN, DAVID FISHBEIN, MONA ZINMAN, ROBERT FURIO** |
| s/ Chelsea Ashbrook McCarthy | s/ Randall Thompson |
| Richard R. Winter | Randall Thompson |
| Chelsea A. McCarthy | Michael R. Annis |
| Holland & Knight LLP | Husch Blackwell LLP |
| 131 S. Dearborn St., 30th Fl. | 190 Carondelet Plaza, Suite 600 |
| Chicago, IL 60603 | St. Louis, MO 63105 |
| 312-263-3600 | 314-480-1500 |
| richard.winter@hklaw.com | randall.thompson@huschblackwell.com |
| chelsea.mccarthy@hklaw.com | mike.annis@huschblackwell.com |

Mary Goodrich Nix
Holland & Knight LLP
200 Crescent Court, Ste. 1600
Dallas, TX 75201
214-964-9407
mary.nix@hklaw.com

#58722155_v1

## CERTIFICATE OF SERVICE

The undersigned certifies that on **July 3, 2018**, a true and correct copy of the foregoing **Stipulation of Dismissal** was electronically transmitted using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

s/ Chelsea Ashbrook McCarthy